UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELTON WATSON,

                Plaintiff,

       -v-

MASTERS AUTO RECOVERY, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2025

**ORDER**

25-CV-9462 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On November 12, 2025, Defendant GM Financial ("GM") removed this action from the Supreme Court of New York, County of Bronx, to this court. ECF No. 1. In the Notice of Removal, GM stated that it had not yet been served. ECF No. 1 at 2–3.[1] GM also represented that there is not evidence that Defendant Masters Auto Recovery had yet been served either. *Id.* at 3.

    By Letter dated November 18, 2025, Defendant GM Financial requested a briefing schedule for its response to the operative pleadings and for Plaintiff's anticipated motion to remand. ECF No. 6. Plaintiff's motion to remand has since been entered at ECF Nos. 9 and 18.

    A status conference is scheduled on **December 17, 2025** at **10:00 a.m.** by telephone. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 973 642 536#).

---

[1] Due to inconsistent paragraph numbering, citations to the Notice of Removal, ECF No. 1, are to the ECF page numbers stamped at the top of each page.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: November 20, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge