USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/3/2025_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELTON WATSON,

               Plaintiff,

    -v-

MASTERS AUTO RECOVERY, ET AL.,

             Defendants.

**ORDER**

25-CV-9462 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 12, 2025, Defendant GM Financial ("GM") removed this action from the Supreme Court of New York, County of Bronx, to this court.  ECF No. 1. Plaintiff moved to remand this action back to state court, ECF Nos. 9 and 18, which GM opposed, ECF No. 23.

In Plaintiff's motion to remand, he contends that there is no federal claim asserted in this action.  ECF No. 18 at 2.  GM disagrees, citing Plaintiff's statements in his complaint that GM violated his "Constitutional rights protected under the United States and New York State Constitution[s]" and references to the the Federal Trade Commission Act, 15 U.S.C. § 45(a), the Truth in Lending Act, 15 U.S.C. § 1635, and Regulation Z, 12 C.F.R. § 1026.23.  *See, e.g.*, ECF No. 1-1 at 2, 12–14, 38–39, 56.[1]

At the status conference scheduled on **December 17, 2025** at **10:00 a.m.**, the parties should be prepared to address *Royal Canin U.S.A. Inc. et al. v. Wullschleger,*

---

[1] Citations are to the ECF page numbers stamped at the top of each page.

1

*et al.*, 145 S. Ct. 41 (2025), in which the United States Supreme Court held that "[w]hen an amendment excises the federal-law claims that enabled removal, the federal court loses its supplemental jurisdiction over the related state-law claims" and "[t]he case must therefore return to state court." *Id.* at 47. Specifically, the parties should be prepared to address whether Plaintiff should clarify whether he asserts federal claims, and thus whether this Court has jurisdiction, by filing an amended complaint.

For the parties' reference, the access information for the conference is reproduced here: +1 646-453-4442 (Conference ID: 973 642 536#).

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: December 3, 2025
New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2