UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELTON WATSON,

                Plaintiff,

        -against-

GM FINANCIAL AND MASTERS AUTO
RECOVERY,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   1/9/2026
```

25 Civ. 9462 (AT) (HJR)

**ORDER**

ANALISA TORRES, District Judge:

On December 18, 2025, Plaintiff *pro se* filed an Amended Complaint, stating that "Plaintiff does not assert any claims arising under the United States Constitution, federal statutes, or federal regulations," "[a]ll claims arise exclusively under New York state law," and any "prior reference to the Truth in Lending Act . . . was not intended to assert a federal cause of action." ECF No. 28; *see also* Pl. Ltr. ECF No. 25 (stating that "Plaintiff does not assert any federal causes of action."). On January 7, 2026, based on Plaintiff's Amended Complaint, Defendants filed a letter "consent[ing] to remand of this matter to proceed in the Supreme Court of the State of New York, Bronx County." ECF No. 29. Accordingly, the Court REMANDS the case to the Supreme Court of the State of New York, Bronx County.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff *pro se* and terminate all pending motions and close the case.

        SO ORDERED.

Dated: January 9, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge